## UNITED STATES *v.* CHIDESTER.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE
EASTERN DISTRICT OF ARKANSAS.

No. 313.   Submitted April 15, 1891. — Decided April 20, 1891.

*United States* v. *Barlow*, 132 U. S. 271, affirmed and applied to the point that
when there is evidence tending to establish the issues on the plaintiff's
part, it is error to take the case from the jury.

THE case is stated in the opinion.

*Mr. Assistant Attorney General Maury* for plaintiff in error
submitted on his brief.

No appearance for defendant in error.

PER CURIAM. This was an action brought under sections
3961 and 4057 of the Revised Statutes. There was evidence
tending to establish the issues on plaintiff's part, within the
rule laid down in *United States* v. *Barlow*, 132 U. S. 271. The
court took the case away from the jury and in that committed
error.

*The judgment is reversed, and the cause remanded with a di-
rection to award a new trial.*